## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Clark v. Santander Bank, N.A.   Docket No.: 23-7834

Lead Counsel of Record (name/firm) or Pro se Party (name): Patrick S. Tracey/Saul Ewing LLP

Appearance for (party/designation): Santander Bank, N.A., Timothy Wennes, Pierre Habis, Kenneth O'Neill and John/Jane Doe (as employees of Santander Bank, N.A.)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.   The following parties do not wish to participate in this appeal:
   Parties: _____
( ) Incorrect.   Please change the following parties' designations:
   Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Patrick S. Tracey
Firm: Saul Ewing LLP
Address: 131 Dartmouth Street, Suite 501, Boston, MA 02116
Telephone: 617-912-0947                   Fax:
Email: patrick.tracey@saul.com

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: Clark v. Santander, 22-2965

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Patrick S. Tracey
Type or Print Name: Patrick S. Tracey
   OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Gordon Clark, Appellant

**CERTIFICATE OF SERVICE***

Docket Number: 23-7834

v.

Santander Bank, N.A., Appellee

I, Patrick S. Tracey , hereby certify under penalty of perjury that
(print name)

on December 28, 2023 , I served a copy of Acknowledgment and Notice of Appearance
(date)

(list all documents)

by (select all applicable)**

___ Personal Delivery  ___ United States Mail  ___ Federal Express or other Overnight Courier

___ Commercial Carrier  _X_ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Jeffrey M. Knickerbocker | jeffrey.knickerbocker@brockandscott.com | | | |
| Gordon Clark | gordon@christianeconomics.net | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

December 28, 2023                    /s/ Patrick S. Tracey
Today's Date                                  Signature

Certificate of Service Form (Last Revised 12/2015)