## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Clark v. Santander Bank, N.A., et al          Docket No.: 23-7834

Lead Counsel of Record (name/firm) or Pro se Party (name): Sean R. Higgins, K&L Gates LLP, One Congress Street, Suite 2900, Boston, MA 02114

Appearance for (party/designation): Wells Fargo & Company and Scott Powell (Appellees)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.   See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.   The following parties do not wish to participate in this appeal:
Parties: _____
[ ] Incorrect.   Please change the following parties' designations:
Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Sean R. Higgins
Firm: K&L Gates LLP
Address: One Congress Street, Suite 2900, Boston, MA 02114
Telephone: (617) 261-3128          Fax: (617) 261-3175
Email: sean.higgins@klgates.com

## RELATED CASES

[ ] This case has not been before this Court previously.
[ ] This case has been before this Court previously.   The short title, docket number, and citation are:_____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: Clark v. Santander Bank, N.A., et al; 22-2965

## CERTIFICATION

I certify that ([✓]) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ([ ]) I applied for admission on_____or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Sean R. Higgins
Type or Print Name: Sean R. Higgins
          OR
Signature of pro se litigant: _____
Type or Print Name:_____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.